IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARCUS A. KELLEBREW**                                             **PETITIONER**

v.                  **CASE NO. 4:23-CV-01197-BSM**

**STATE OF ARKANSAS**                                               **RESPONDENT**

## ORDER

After *de novo* review of the record, including Marcus Kellebrew's objections [Doc. No. 3], United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 2] is adopted. Kellebrew's petition for writ of habeas corpus is dismissed because he is no longer in custody. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 19th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE