IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARCUS A. KELLEBREW**                                                      **PETITIONER**

v.                          **CASE NO. 4:23-CV-01197-BSM**

**STATE OF ARKANSAS**                                                        **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 19th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE